| District Court<br>City & County of Denver, Colorado<br>1437 Bannock St.<br>Denver, CO 80202 | EFILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Mar 9 2012 2:05PM MST<br>Filing ID: 42997312<br>Review Clerk: Sara Rannetsberger |
|---|---|
| Plaintiff(s): **FRANK A. ROCHA**<br><br>v.<br><br>Defendant(s): **HARTFORD INSURANCE COMPANY OF THE MIDWEST** | ▲        COURT USE ONLY        ▲<br><br>Case Number: **12CV1492**<br><br>Courtroom: **409** |
| **ORDER CHANGING CIVIL CASE COVER SHEET DESIGNATION** ||

The Court, having reviewed the JDF 601 Civil Case Cover Sheet and the Complaint filed on March 8, 2012 (date), hereby orders:

☒ This case meets the criteria for inclusion in the Civil Access Pilot Project Applicable to Business Actions in District Court and shall be governed by the rules contained in CJD 11-02, available at *http://www.courts. state.co.us/Courts/Civil_Rules.cfm*. Plaintiff may file an Amended Complaint within **7 days** of the date of this Order (*see* Pilot Project Rule ("PPR") 2.2). Plaintiff's initial disclosures under PPR 3.1 must be filed within **21 days** of service of the Amended Complaint. If Plaintiff does not amend the Complaint, initial disclosures must be filed within **21 days** of service of the Original Complaint or within **21 days** of the date of this Order, whichever occurs later.

☐ This case does **not** meet the criteria for inclusion in the Civil Access Pilot Project Applicable to Business Actions in District Court. Plaintiff shall file an Amended Civil Case Cover Sheet, indicating whether C.R.C.P. 16.1 applies, within **7 days** of the date of this Order.

Date: March 9, 2012

BY THE COURT:

_____
District Court Judge



EXHIBIT F

## CERTIFICATE OF SERVICE

I certify that on March 9, 2012(date), I mailed or dispatched electronically this *ORDER CHANGING CIVIL CASE COVER SHEET DESIGNATION* to:

X   Plaintiff or Attorney for Plaintiff

Plaintiff shall serve this Order on Defendant(s).

Julie R. Andress
Clerk
