**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00952-REB-CBS

FRANK A. ROCHA,

    Plaintiff,

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST, d/b/a HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, an Indiana corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before the court on the **Stipulation For Dismissal With Prejudice** [#17][1] filed August 24, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#17] filed August 24, 2012, is **APPROVED**;

    2. That the Final Pretrial Conference and Trial Preparation Conference set for May 17, 2013, are **VACATED**;

    3. That the jury trial set to commence June 3, 2013, is **VACATED**; and

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated August 24, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

2